IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
HOUSTON DIVISION

| | | |
|---|---|---|
| **MAHMOOD GAZANI** <br> **Plaintiff,** | § § § § | |
| **V.** | § | **CIVIL ACTION NO.: 4:22-cv-02470** |
| | § | |
| **CITY OF HOUSTON** <br> **Defendant.** | § § § | |

## APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE OF SAID COURT:**

    **NOW COMES** Jason Llorente, an attorney duly licensed to practice law in the State of Texas and the United States District Court for the Southern District of Texas, of Llorente Law P.C., respectfully enters his appearance as counsel of record for Plaintiff, Mahmood Gazani.

## CERTIFICATE OF SERVICE

      I certify that on January 10, 2025, pursuant to the Federal Rules of Civil Procedure, a true and correct copy of Plaintiff's Appearance of Counsel was served on MATTHEW P. SWIGER, counsel for the Defendant, by CM/ECF electronic service.

/s/ Jason Llorente
Jason Llorente
Bar No.: 24128833
Federal No.: 3895653
Phone: 281-724-0680
Email: tllo@llorentelaw.gov
830 S. Friendswood Dr. Suite A
Friendswood, Texas 77546