# HEARING MINUTES

Cause No:       4:22-cv-2470

Style:          *Gazani v City of Houston*

Hearing Type:   Docket Call

**Appearances:**

| Counsel | Representing |
|---|---|
| Jason Llorente | Mahmood Gazani |
| Matthew Porter Swiger | City of Houston |

Date: January 10, 2025          Court reporter: ERO
Time: 3:52 PM – 3:59 PM         Law Clerk: E. Robins

At the hearing, the following rulings were made as stated on the record:

> A docket call was held (Dkt. 40). The Motion for Extension of Time (Dkt. 36) was **GRANTED IN PART**. Plaintiff is to file his response to Defendant's Motion for Summary Judgment (Dkt. 35) **by Friday, January 31, 2025**. Defendant has seven days after the filing of the response to reply. No sur-reply may be filed without leave of the Court.
>
> Trial is postponed pending the Court's review of the motion (Dkt. 35). The Court advised parties that new deadlines and trial dates will be decided after the Court's ruling on the pending motion.